Stern & Eisenberg, pc
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(Counsel for Movant)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Daniel L. Little | Case No. 19-21783-CMB |
| Debtor(s) | Related to Document No. 36 |
| CitiMortgage, Inc. | Document No. 37 |
| Movant | |
| | Hearing: October 21, 2019 |
| v. | |
| Daniel L. Little | |
| Respondent | |

**CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN DATED SEPTEMBER 11, 2019 BY CITIMORTGAGE, INC.**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) **October 11, 2019**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **NEF and/or First Class United States Mail**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON October 11th, 2019

By:   */s/ Steven Kelly*
Steven Kelly
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
skelly@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Attorney for MOVANT

**PAWB Local Form 7 (07/13)**

**Service by NEF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

Douglas G. Hipp
1142 Broadview Blvd.
Brackenridge, PA 15014
twohipp4u@hotmail.com
**Counsel for Debtor**

U.S. TRUSTEE
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

**Service by First Class US Mail**

Daniel L. Little
1127 Preston Drive
North Versailles, PA 15137
**Debtor(s)**