IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Daniel L. Little | : | Bankruptcy No. 19-21783-CMB |
|    Debtor | : | Chapter 13 |
| Daniel L. Little | : | Document No. |
|    Movant | : | Hearing Date & Time: 11/6/2019 at 10:00 |
| | : | |
|       v. | : | |
| Discover Bank | : | |
|    Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION OF DANIEL L. LITTLE TO AVOID JUDGMENT LIEN Dkt. No.: 34

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the MOTION OF DANIEL L. LITTLE TO AVOID JUDGMENT LIEN filed on October 4, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the MOTION OF DANIEL L. LITTLE TO AVOID JUDGMENT LIEN appears thereon. Pursuant to the Notice of Hearing, objections to the MOTION OF DANIEL L. LITTLE TO AVOID JUDGMENT LIEN were to be filed and served no later than October 24, 2019.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Dated: October 29, 2019
                                                      /s/ Douglas G. Hipp
Douglas G. Hipp, Esquire
Hipp/Kaiser-Hipp
1142 Broadview Blvd.
Brackenridge, PA  15014
412-478-3603     PA ID:  47766
Twohipp4u@hotmail.com

**PAWB Local Form 25 (07/13)**