IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21783-CMB |
|    Daniel L. Little | : | |
|       Debtor(s) | : | |
| | : | Chapter 13 |
| Daniel L. Little, | : | Related to Doc. No. 34 |
|     Movant | : | Motion No. ☐ WO-1 |
|     v. | : | Motion No. ☐ WO-2 |
| | : | **ENTERED BY DEFAULT** |
| Discover Bank | | |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDGMENT LIEN OF RESPONDENT

AND NOW, this  30th  day of  October , 2019, upon consideration of the Debtors' Motion to Avoid Judgment Lien, the Debtor's Motion is hereby GRANTED and the judgment lien of Respondent, Discover Bank, at AR-18-004085 filed in the Allegheny County Court of Common Pleas, is hereby AVOIDED. It is further ORDERED that Respondent assist with any steps necessary to clear title and satisfy any liens of record upon completion of the chapter 13 plan.

BY THE COURT:

FILED
10/30/19 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-21783-CMB
Daniel L. Little                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: dric                 Page 1 of 1                  Date Rcvd: Oct 30, 2019
                                  Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Daniel L. Little,   1127 Preston Dr.,   North Versailles, PA 15137-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
      Douglas G. Hipp    on behalf of Debtor Daniel L. Little twohipp4u@hotmail.com
      James   Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Robert   Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
       rshearer@ecf.axosfs.com;rspclaw@gmail.com
      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
      Steven P Kelly    on behalf of Creditor    CitiMortgage, Inc. skelly@sterneisenberg.com
                                                                                                    TOTAL: 7