# PROCEEDING MEMO

**Date: 08/10/2021 03:30 pm**

**In re:    Daniel L. Little**

                                                  **Bankruptcy No. 19-21783-CMB**
                                                  **Chapter: 13**
                                                  **Doc. #55**

**Appearances: Ronda Winnecour, Douglas G. Hipp**

**Nature of Proceeding: #55 Order to Show Cause for Failure to Comply with W.PA.LBR 3002-4(b)**

**Additional Pleadings:**

**Judge's Notes:**
  -Attorney Hipp filed a Declaration Regarding Monthly Payment Change (Doc. No. 56) earlier this morning.
  OUTCOME: Matter resolved.

                                                    **Carlota Böhm**
                                                    **Chief U.S. Bankruptcy Judge**

```
FILED
8/11/21 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```