IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21783-CMB |
| DANIEL L. LITTLE | : | Chapter 13 |
| Debtor | : | |
| | : | |
| DANIEL L. LITTLE | : | Related to Document No. |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF AMENDMENT COVER SHEET, AMENDED SCHEDULE I and AMENDED SCHEDULE J**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) May 11, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 11, 2022

*/s/ Douglas G. Hipp*
Douglas G. Hipp, Esquire
PA ID No. 47766
HIPP/KAISER-HIPP.
1142 Broadview Blvd.
Brackenridge, PA 15014
Twohipp4u@hotmail.com
(412) 478-3603

**PAWB Local Form 7 (07/13)**

Service List

**Service by Electronic Mail**

Chapter 13 Trustee
okatz@chapter13trusteewdpa.com

Matthew W. Pomy, Esquire
Weltman, Weinberg & Reis. Co. L.P.A.
436 7th Ave., Ste 2500
Pittsburgh, PA  15219-1842