**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

                                                    Case No. 19-21783-CMB

**Daniel L. Little**                          Chapter 13

**Debtor(s),**

---

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS,** this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

__      a motion to dismiss case or certificate of default requesting dismissal

_X_      a plan modification sought by: Debtor

__      a motion to lift stay

        As to creditor  _____

__      other

**WHEREAS,** the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon the other parties by way of this action, thus no notice is required to be given, now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

_X_   Chapter 13 Plan dated September 4, 2019

__   Amended Chapter 13 Plan dated _____

Is modified as fo;;ows:

*[ONLY PROVISIONS CHECKED BELOW APPLY]*

__   Debtor (s) Plan payments shall be changed from $2,255.00 to $4,800.00 per month, effective June 1, 2022 ; and /or the Plan term shall be changed from _____ months to _____ months.

__  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon the Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provisions of this Stipulated Order, then thr Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

__  Debtor shall file and serve _____ on or before _____.

__  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance

__  If any of the foregoing is not completed by the date specified , the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of a Affidavit of Non-Compliance.

_X_  Other: The unsecured percent is increased from 4% to 5.35% ($19,311.40).

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and /or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank}*

**SO ORDERED,** this  12th  day of  May  , 202 2 

Dated:  5/12/2022 

*Carlota M. Böhm*
dmk
**UNITED STATES BANKRUPTCY JUDGE**

FILED
5/12/22 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Douglas G. Hipp

Counsel to Debtor

Stipulated by:

/s/ Owen Katz

Counsel to Chapter 13 Trustee

Stipulated by:

_____

Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

[4/22]

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-21783-CMB
Daniel L. Little  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: May 12, 2022      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L. Little, 1127 Preston Dr., North Versailles, PA 15137-2713 |
| cr | + | CitiMortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15044183 | + | Coll Svc Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15044192 | + | U.S. Dept of Education/GL, 2401 International, POB 7859, Madison, WI 53707-7859 |
| 15128139 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15146210 | | Email/Text: ally@ebn.phinsolutions.com | May 12 2022 23:32:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15044178 | + | Email/Text: ally@ebn.phinsolutions.com | May 12 2022 23:32:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15044179 | + | Email/PDF: bncnotices@becket-lee.com | May 12 2022 23:40:12 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15137600 | | Email/PDF: bncnotices@becket-lee.com | May 12 2022 23:40:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15124110 | + | Email/Text: bkfilings@zwickerpc.com | May 12 2022 23:32:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 15044180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2022 23:40:47 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15124832 | + | Email/Text: BKelectronicnotices@cenlar.com | May 12 2022 23:32:00 | CitiMortgage, Inc., C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15125165 | + | Email/Text: BKelectronicnotices@cenlar.com | May 12 2022 23:32:00 | CitiMortgage, Inc., c/o Cenlar FSB, BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15151463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2022 23:40:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15044182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2022 23:40:29 | Citimortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15044184 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 12 2022 23:32:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15044185 | | Email/Text: mrdiscen@discover.com | May 12 2022 23:32:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 15120575 | | Email/Text: mrdiscen@discover.com | May 12 2022 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15151197 | + | Email/Text: kburkley@bernsteinlaw.com | May 12 2022 23:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, |

Case 19-21783-CMB    Doc 65    Filed 05/14/22    Entered 05/15/22 00:22:41    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 12, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Pittsburgh, PA 15219-1945 |
| 15044181 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 12 2022 23:40:11 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15127200 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 12 2022 23:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15044186 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 12 2022 23:32:00 | Keybank NA, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 15044187 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 12 2022 23:32:00 | Keybank NA, 4910 Tiedeman Rd., Client Services OH-01-05-0562, Cleveland, OH 44144-2338 |
| 15140635 | | Email/Text: camanagement@mtb.com | May 12 2022 23:32:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15044188 | | Email/Text: camanagement@mtb.com | May 12 2022 23:32:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15044189 | + | Email/Text: bankruptcy@onlineis.com | May 12 2022 23:32:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 15044190 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2022 23:32:00 | PNC Bank, PO Box3180, Pittsburgh, PA 15230 |
| 15143668 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2022 23:32:00 | PNC Bank NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15044191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2022 23:40:30 | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15044193 | + | Email/Text: documentfiling@lciinc.com | May 12 2022 23:32:00 | xfinity, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | | M&T Bank |
| 15365113 | | Community Loan Servicing,, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15127201 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 12, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Douglas G. Hipp | on behalf of Debtor Daniel L. Little twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor CitiMortgage  Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 8