IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21783-CMB |
| DANIEL L. LITTLE, | : | |
|         Debtor(s) | : | |
| DANIEL L. LITTLE, | : | Chapter 13 |
|         Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 9, 2019, at docket number 10, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 4, 2019

    Douglas.G. Hipp_____
    Attorney for Movant/Applicant
    /s/ Douglas G. Hipp_____
    Signature
    1142 Broadview Blvd., Brackenridge, PA  15014
    Address

    412-478-3603_____
    Telephone Number PA
    47766_____
    Attorney I.D. No.
    Twohipp4u@hotmail.com_____
    Email

**PAWB Local Form 24 (07/13)**