**Fill in this information to identify the case:**

Debtor 1      Daniel L. Little

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA
                                                                                                (State)

Case number: 19-21783

Official Form 4100R

# Response to Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC          **Court Claim no. (**if known)
                                                                                                                  **8**

**Last 4 digits of any number you use to identify the debtor's account: XXXXXX6467**

**Property address:** 1127 Preston Drive
                                Number        Street

                             North Versailles, PA 15137
                             City                        State      Zip Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

### Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor is on:     10/01/2022
                                                                                           MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

    a.    Total postpetition ongoing payments due:                                 (a) $

    b.    Total fees, charges, expenses, escrow, and costs outstanding:         (b) $

    **c.**    **Total**. Add lines a and b.                                                            (c) $

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments that first became
due on:                                         10/01/2022
                                                       MM / DD / YYYY

| Debtor 1 | Daniel L. Little | | | Case number: 19-21783 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x    */s/ Lorraine Gazzara Doyle*          Date: 10.26.2022
        Signature

**Print:**   Lorraine Gazzara Doyle          Title: Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for creditor)
        First Name    Middle Name    Last Name

Company    LOGS Legal Group LLP

Address    3600 Horizon Drive, Suite 150
        Number    Street
        King of Prussia, PA 19406
        City              State  ZIP Code

Contact phone    (610) 278-6800          Email  logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  10.26.2022

Douglas G. Hipp, Esquire
Hipp/ Kaiser-Hipp
1142 Broadview Boulevard
Brackenridge, PA 15014

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Daniel L. Little
1127 Preston Dr
North Versailles, PA 15137

/s/ Lorraine Gazzara Doyle

Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com