**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel L. Little**
Debtor(s)

Bankruptcy Case No.: 19−21783−CMB

Chapter: 13
Docket No.: 83 − 82

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 23rd of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/6/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/6/23.**

                                        Carlota M. Bohm
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21783-CMB |
| Daniel L. Little | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 23, 2022 | Form ID: 408v | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L. Little, 1127 Preston Dr., North Versailles, PA 15137-2713 |
| cr | + | CitiMortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15044183 | + | Coll Svc Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15044192 | + | U.S. Dept of Education/GL, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15146210 | | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2022 23:49:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15044178 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2022 23:49:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15044179 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 23:54:51 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15137600 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 23:54:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15124110 | + | Email/Text: bkfilings@zwickerpc.com | Nov 23 2022 23:50:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 15044180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:59 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15124832 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 23 2022 23:49:00 | CitiMortgage, Inc., C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15125165 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 23 2022 23:49:00 | CitiMortgage, Inc., c/o Cenlar FSB, BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15151463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15044182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:59 | Citimortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15044184 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2022 23:50:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15044185 | | Email/Text: mrdiscen@discover.com | Nov 23 2022 23:49:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 15120575 | | Email/Text: mrdiscen@discover.com | Nov 23 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15151197 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2022 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15044181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 23:54:41 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15127200 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 23 2022 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15044186 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 23 2022 23:49:00 | Keybank NA, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 15044187 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 23 2022 23:49:00 | Keybank NA, 4910 Tiedeman Rd., Client Services OH-01-05-0562, Cleveland, OH 44144-2338 |
| 15140635 | | Email/Text: camanagement@mtb.com | Nov 23 2022 23:49:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15044188 | | Email/Text: camanagement@mtb.com | Nov 23 2022 23:49:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15507234 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2022 23:49:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15044189 | + | Email/Text: bankruptcy@onlineis.com | Nov 23 2022 23:49:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 15044190 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 23 2022 23:49:00 | PNC Bank, PO Box3180, Pittsburgh, PA 15230 |
| 15143668 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 23 2022 23:49:00 | PNC Bank NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15044191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:52 | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15128139 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 23 2022 23:49:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15044193 | + | Email/Text: documentfiling@lciinc.com | Nov 23 2022 23:49:00 | xfinity, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | | M&T Bank |
| cr | | Nationstar Mortgage LLC |
| 15365113 | | Community Loan Servicing,, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15127201 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 19-21783-CMB    Doc 84    Filed 11/25/22    Entered 11/26/22 00:25:38    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 23, 2022 | Form ID: 408v | Total Noticed: 31 |

| Date: Nov 25, 2022 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Douglas G. Hipp | on behalf of Debtor Daniel L. Little twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor CitiMortgage Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 10