**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL L. LITTLE<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:19-21783<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/30/2019 and confirmed on 10/24/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 90,500.00 |
| Less Refunds to Debtor | | 3,468.10 | |
| TOTAL AMOUNT OF PLAN FUND | | | 87,031.90 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 2,200.00 | |
|   Trustee Fee | | 3,960.70 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 6,160.70 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 27,744.44 | 0.00 | 27,744.44 |
|     Acct: 6467 | | | | |
|   NATIONSTAR MORTGAGE LLC** | 1,969.95 | 1,969.95 | 0.00 | 1,969.95 |
|     Acct: 6467 | | | | |
|   KEYBANK NA** | 10,885.12 | 10,885.12 | 813.24 | 11,698.36 |
|     Acct: 7326 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1037 | | | | |
|   CITIMORTGAGE INC** | 17,054.02 | 17,054.02 | 2,201.08 | 19,255.10 |
|     Acct: 5363 | | | | |
|   CITIMORTGAGE INC** | 217.30 | 217.30 | 0.00 | 217.30 |
|     Acct: 5363 | | | | |
| | | | | 60,885.15 |
| **Priority** | | | | |
|   DOUGLAS G HIPP ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL L. LITTLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL L. LITTLE | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL L. LITTLE | 1,068.10 | 1,068.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HIPP/KAISER-HIPP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS G HIPP ESQ** | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 239.83 | 13.28 | 0.00 | 13.28 |
|     Acct: 6068 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK-AE | 43,491.05 | 2,408.06 | 0.00 | 2,408.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2003 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 6,150.53 | 340.54 | 0.00 | 340.54 |
| Acct: 1006 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6554 | | | | |
|   JPMORGAN CHASE BANK | 2,551.85 | 141.30 | 0.00 | 141.30 |
| Acct: 2006 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GTF | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3388 | | | | |
|   DISCOVER BANK(*) | 16,640.22 | 921.35 | 0.00 | 921.35 |
| Acct: 4606 | | | | |
|   KEYBANK NA** | 8,779.93 | 486.13 | 0.00 | 486.13 |
| Acct: 7838 | | | | |
|   ONLINE INFORMATION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6031 | | | | |
|   PNC BANK NA | 4,558.45 | 252.40 | 0.00 | 252.40 |
| Acct: 1095 | | | | |
|   CITIBANK NA** | 1,197.65 | 66.31 | 0.00 | 66.31 |
| Acct: 2576 | | | | |
|   UNITED STATES DEPARTMENT OF EDUCA | 131,225.68 | 7,265.85 | 0.00 | 7,265.85 |
| Acct: 7086 | | | | |
|   XFINITY CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9239 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   UNITED STATES DEPARTMENT OF EDUCA | 146,125.48 | 8,090.83 | 0.00 | 8,090.83 |
| Acct: 7086 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1037 | | | | |
|   STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 19,986.05 |

TOTAL PAID TO CREDITORS                                                                                   80,871.20

TOTAL CLAIMED
PRIORITY              0.00
SECURED          30,126.39
UNSECURED       360,960.67

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DANIEL L. LITTLE

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-21783

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel L. Little  
    Debtor

Case No. 19-21783-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Nov 23, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L. Little, 1127 Preston Dr., North Versailles, PA 15137-2713 |
| cr | + | CitiMortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15044183 | + | Coll Svc Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15044192 | + | U.S. Dept of Education/GL, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15146210 | | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2022 23:49:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15044178 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2022 23:49:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15044179 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 23:54:51 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15137600 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 23:54:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15124110 | + | Email/Text: bkfilings@zwickerpc.com | Nov 23 2022 23:50:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 15044180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:59 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15124832 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 23 2022 23:49:00 | CitiMortgage, Inc., C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15125165 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 23 2022 23:49:00 | CitiMortgage, Inc., c/o Cenlar FSB, BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15151463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15044182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:52 | Citimortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15044184 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2022 23:50:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15044185 | | Email/Text: mrdiscen@discover.com | Nov 23 2022 23:49:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 15120575 | | Email/Text: mrdiscen@discover.com | Nov 23 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15151197 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2022 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Case 19-21783-CMB   Doc 85   Filed 11/25/22   Entered 11/26/22 00:25:38   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| 15044181 | Email/PDF: ais.chase.ebn@aisinfo.com<br>Nov 23 2022 23:54:41 | | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15127200 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com<br>Nov 23 2022 23:49:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15044186 | + Email/Text: key_bankruptcy_ebnc@keybank.com<br>Nov 23 2022 23:49:00 | | Keybank NA, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 15044187 | + Email/Text: key_bankruptcy_ebnc@keybank.com<br>Nov 23 2022 23:49:00 | | Keybank NA, 4910 Tiedeman Rd., Client Services OH-01-05-0562, Cleveland, OH 44144-2338 |
| 15140635 | Email/Text: camanagement@mtb.com<br>Nov 23 2022 23:49:00 | | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15044188 | Email/Text: camanagement@mtb.com<br>Nov 23 2022 23:49:00 | | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15507234 | Email/Text: nsm_bk_notices@mrcooper.com<br>Nov 23 2022 23:49:00 | | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15044189 | + Email/Text: bankruptcy@onlineis.com<br>Nov 23 2022 23:49:00 | | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 15044190 | Email/Text: Bankruptcy.Notices@pnc.com<br>Nov 23 2022 23:49:00 | | PNC Bank, PO Box3180, Pittsburgh, PA 15230 |
| 15143668 | Email/Text: Bankruptcy.Notices@pnc.com<br>Nov 23 2022 23:49:00 | | PNC Bank NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15044191 | + Email/PDF: Citi.BNC.Correspondence@citi.com<br>Nov 23 2022 23:54:52 | | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15128139 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net<br>Nov 23 2022 23:49:00 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15044193 | + Email/Text: documentfiling@lciinc.com<br>Nov 23 2022 23:49:00 | | xfinity, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | | M&T Bank |
| cr | | Nationstar Mortgage LLC |
| 15365113 | | Community Loan Servicing,, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15127201 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 23, 2022 | Form ID: pdf900 | Total Noticed: 31

Date: Nov 25, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Douglas G. Hipp | on behalf of Debtor Daniel L. Little twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor CitiMortgage Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 10