**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daniel L. Little** | Social Security number or ITIN   xxx–xx–7086 |
| | First Name   Middle Name   Last Name | EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _-_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–21783–CMB

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel L. Little

1/9/23

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Case No. 19-21783-CMB

Daniel L. Little

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Jan 09, 2023 | Form ID: 3180W | Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol** | **Definition**

+ | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L. Little, 1127 Preston Dr., North Versailles, PA 15137-2713 |
| cr | + | CitiMortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15044183 | + | Coll Svc Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15044192 | + | U.S. Dept of Education/GL, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 10 2023 04:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 10 2023 04:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2023 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15146210 | | EDI: GMACFS.COM | Jan 10 2023 04:54:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15044178 | + | EDI: GMACFS.COM | Jan 10 2023 04:54:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15044179 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2023 00:20:37 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15137600 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2023 00:06:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15124110 | + | Email/Text: bkfilings@zwickerpc.com | Jan 10 2023 00:05:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 15044180 | + | EDI: CITICORP.COM | Jan 10 2023 04:54:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15124832 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 10 2023 00:05:00 | CitiMortgage, Inc., C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15125165 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 10 2023 00:05:00 | CitiMortgage, Inc., c/o Cenlar FSB, BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15151463 | | EDI: CITICORP.COM | Jan 10 2023 04:54:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jan 09, 2023 | Form ID: 3180W | Total Noticed: 33

| | | | |
|---|---|---|---|
| | | | SD 57108-5027 |
| 15044182 | + EDI: CITICORP.COM | Jan 10 2023 04:54:00 | Citimortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15044184 | + EDI: CCS.COM | Jan 10 2023 04:59:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15044185 | EDI: DISCOVER.COM | Jan 10 2023 04:54:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 15120575 | EDI: DISCOVER.COM | Jan 10 2023 04:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15151197 | + Email/Text: kburkley@bernsteinlaw.com | Jan 10 2023 00:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15044181 | EDI: JPMORGANCHASE | Jan 10 2023 04:54:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15127200 | + Email/Text: JPMCBKNotices@nationalbankruptcy.com | Jan 10 2023 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15044186 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 10 2023 00:05:00 | Keybank NA, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 15044187 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 10 2023 00:05:00 | Keybank NA, 4910 Tiedeman Rd., Client Services OH-01-05-0562, Cleveland, OH 44144-2338 |
| 15140635 | Email/Text: camanagement@mtb.com | Jan 10 2023 00:05:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15044188 | Email/Text: camanagement@mtb.com | Jan 10 2023 00:05:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15507234 | Email/Text: nsm_bk_notices@mrcooper.com | Jan 10 2023 00:04:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15044189 | + Email/Text: bankruptcy@onlineis.com | Jan 10 2023 00:05:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 15044190 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2023 00:04:00 | PNC Bank, PO Box3180, Pittsburgh, PA 15230 |
| 15143668 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2023 00:04:00 | PNC Bank NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15044191 | + EDI: CITICORP.COM | Jan 10 2023 04:54:00 | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15128139 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 10 2023 00:04:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15044193 | + EDI: COMCASTCBLCENT | Jan 10 2023 04:54:00 | xfinity, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | | M&T Bank |
| cr | | Nationstar Mortgage LLC |
| 15365113 | | Community Loan Servicing,, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15127201 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Jan 09, 2023                       Form ID: 3180W                                Total Noticed: 33

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Douglas G. Hipp | on behalf of Debtor Daniel L. Little twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com  diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor CitiMortgage  Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 10