# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL L. LITTLE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21783

Chapter 13

Document No.: 82

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this 9th day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
1/9/23 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel L. Little  
    Debtor

Case No. 19-21783-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 09, 2023      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L. Little, 1127 Preston Dr., North Versailles, PA 15137-2713 |
| cr | + | CitiMortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15044183 | + | Coll Svc Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15044192 | + | U.S. Dept of Education/GL, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15146210 | | Email/Text: ally@ebn.phinsolutions.com | Jan 10 2023 00:04:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15044178 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 10 2023 00:04:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15044179 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2023 00:20:37 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15137600 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2023 00:07:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15124110 | + | Email/Text: bkfilings@zwickerpc.com | Jan 10 2023 00:05:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 15044180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2023 00:07:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15124832 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 10 2023 00:05:00 | CitiMortgage, Inc., C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15125165 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 10 2023 00:05:00 | CitiMortgage, Inc., c/o Cenlar FSB, BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15151463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2023 00:07:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15044182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2023 00:20:37 | Citimortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15044184 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 10 2023 00:05:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15044185 | | Email/Text: mrdiscen@discover.com | Jan 10 2023 00:04:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 15120575 | | Email/Text: mrdiscen@discover.com | Jan 10 2023 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15151197 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 10 2023 00:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15044181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2023 00:06:41 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15127200 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 10 2023 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15044186 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 10 2023 00:05:00 | Keybank NA, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 15044187 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 10 2023 00:05:00 | Keybank NA, 4910 Tiedeman Rd., Client Services OH-01-05-0562, Cleveland, OH 44144-2338 |
| 15140635 | | Email/Text: camanagement@mtb.com | Jan 10 2023 00:05:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15044188 | | Email/Text: camanagement@mtb.com | Jan 10 2023 00:05:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15507234 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 10 2023 00:04:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15044189 | + | Email/Text: bankruptcy@onlineis.com | Jan 10 2023 00:05:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 15044190 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2023 00:04:00 | PNC Bank, PO Box3180, Pittsburgh, PA 15230 |
| 15143668 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2023 00:04:00 | PNC Bank NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15044191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2023 00:07:13 | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15128139 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 10 2023 00:04:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15044193 | + | Email/Text: documentfiling@lciinc.com | Jan 10 2023 00:04:00 | xfinity, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | | M&T Bank |
| cr | | Nationstar Mortgage LLC |
| 15365113 | | Community Loan Servicing,, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15127201 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Douglas G. Hipp | on behalf of Debtor Daniel L. Little twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor CitiMortgage Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 10